# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ANITA SPANGLER, Individually and as Executrix of the Estate of Shirley Hockenberry, deceased** | : : : | |
| Plaintiff | : : | No. 1:18-cv-01297 |
| v. | : : | (Judge Kane) |
| **CENTERS FOR MEDICARE & MEDICAID SERVICES,** | : : : | |
| Defendant | : | |

# ORDER

**AND NOW**, on this 4th day of September 2019, upon consideration of Defendant's motion to dismiss (Doc. No. 5), **IT IS ORDERED THAT** Defendant's motion to dismiss (Doc. No. 5) is **GRANTED** and Plaintiff's complaint (Doc. No. 1) is **DISMISSED**. The Clerk is directed to **CLOSE** this case.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania
